UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEVERSINK GENERAL STORE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MOWI USA, LLC, and<br>MOWI DUCKTRAP, LLC,<br><br>                Defendants. | ECF Case<br><br>Case No. 1:20-cv-09293-PAE<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Mowi USA, LLC and Mowi Ducktrap, LLC, in the above-captioned action:

Jordan L. Moran
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
jmoran@cov.com
Tel:  (202) 662-6000

Dated:  December 22, 2020
         Washington, DC

By:   s/ Jordan L. Moran
      Jordan L. Moran (Bar No. 5437702)
      Covington & Burling LLP
      One CityCenter
      850 Tenth Street, NW
      Washington, DC 20001
      jmoran@cov.com
      Tel:  (202) 662-6000

      *Counsel for Defendants*