UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEVERSINK GENERAL STORE, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MOWI USA, LLC, MOWI DUCKTRAP, LLC, and MOWI USA HOLDING, LLC<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-09293-PAE |

**PLAINTIFF NEVERSINK GENERAL STORE'S
NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND
COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Leave to Amend Complaint, Plaintiff NEVERSINK GENERAL STORE will move this Court on a date and time designated by the Court, before the Honorable Paul A Engelmayer, United States District Judge, Southern District of New York, at 40 Foley Square, New York, New York, for an order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for leave to Amend the Complaint.

Dated: February 23, 2021

Granted. Any motion for preliminary approval of a class settlement is due by March 17, 2021.

SO ORDERED.

_____
　　　PAUL A. ENGELMAYER
　　　United States District Judge

February 24, 2021

Respectfully submitted,

/s/ Jonathan Shub_____
Jonathan Shub (N.Y. 4747739)
Kevin Laukaitis*
**SHUB LAW FIRM LLC**
134 Kings Hwy E, 2nd Floor
Haddonfield, NJ 08033

1

Ph: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

Gary M. Klinger*
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Ste. 2100
Chicago, Illinois 60606
Phone: 202.640.1160
Fax: 202.429.2294
gklinger@masonllp.com

Gary E. Mason*
David K. Lietz*
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Ave. NW Ste. 305
Washington, DC 20016
Phone: 202.640.1160
Fax: 202.429.2294
gmason@masonllp.com
dlietz@masonllp.com

*Application to be Admitted Pro Hac Vice forthcoming

***Attorneys for Plaintiff and the Proposed Class***