UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

NEVERSINK GENERAL STORE, *individually and on behalf of all others similarly situated*,

                     Plaintiff,

-v-

MOWI USA, LLC and MOWI DUCKTRAP, LLC,

                     Defendants.

20 Civ. 9293 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received a motion to intervene by Lauren Snider and Abigail Starr, who are named plaintiffs in a federal class action lawsuit pending in the District of Maine against the defendants here. Dkt. 43. Counsel for Snider and Starr are also plaintiff's counsel in a similar lawsuit pending in the Superior Court of the District of Columbia, which was filed before this action and involves allegations from which the complaints in this case appear to have heavily drawn. *Id.*

    Because the motion to intervene raises substantial concern on the Court's part as to the relationship between these actions, and the potential for the instant lawsuit, and contemplated settlement of it, to impair the rights of plaintiffs in those later- and earlier-filed actions, the Court orders as follows. By Tuesday, March 16, 2021, each side—plaintiff Neversink General Store[1] and defendants Mowi USA, LLC, Mowi Ducktrap, LLC, and Mowi USA Holding, LLC—shall file a response to the motion to intervene. The Court does not invite any reply at this time.

---

[1] Although the Court granted Neversink General Store's motion for leave to file an amended complaint adding individual plaintiff Brenda Tomlinson, Neversink has not filed the amended complaint or added Ms. Tomlinson as a party, nor has any counsel appeared on her behalf.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 9, 2021
       New York, New York