UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEVERSINK GENERAL STORE,

                              Plaintiffs,

-v-

MOWI USA, LLC ET AL

                              Defendants.

20 Civ. 9293 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received an objection from Objector Abigail Starr to the proposed class settlement and fee and service awards. Dkt. 74. The Court approves Ms. Starr's proposal to redact her home address, and directs her to file a redacted version of her objection on the docket.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: September 14, 2021
        New York, New York