UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEVERSINK GENERAL STORE and BRENDA
TOMLINSON, *individually and on behalf of all
others similarly situated*,

                                        Plaintiffs,

                    -v-

MOWI USA, LLC, MOWI DUCKTRAP, LLC,
MOWI USA HOLDING, LLC, and MOWI ASA,

                                        Defendants.

20 Civ. 9293 (PAE)

ORDER

---

On May 13, 2021, the Court preliminarily approved the parties' class settlement and scheduled a final-approval hearing for Friday, November 19, 2021 at 2:00 p.m.  Dkt. 69.  The Court recently advised the parties of a conflict that required adjournment of that hearing date to the following week.  The hearing is adjourned to **November 23, at 12:00 p.m**.

To assure that objectors are heard notwithstanding the hearing's occurring on a date other than that previously noticed, the Court intends to take two steps.  First, the Court will notify counsel for the two objectors (Abigail Starr and the Organic Consumer Association) who have indicated an intention to appear, *see* Dkt. 73 and 76, of the change as to the hearing date.  Second, the Court's staff will be present in Courtroom 1305 at the originally scheduled date and time.  In the event that other objectors or their representatives appear, the Court will take the names and phone numbers of such person(s), and notify them of the rescheduled hearing, and will make that hearing accessible to such objectors by telephone if requested.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 12, 2021
       New York, New York